UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Senior Care Centers, LLC<br><br>                            Debtor(s)<br>Alan D. Halperin<br>                            Plaintiff(s)<br>  vs.<br>Theodore G. Habing et al.<br>                            Defendant(s)<br>Alan D. Halperin<br>                            Plaintiff(s)<br>  vs.<br>Theodore G. Habing et al<br>                            Defendant(s) | §§§§§§§§§§§§§§§§§ | Case No.:   18–33967–sgj11<br>Chapter No.:  11<br><br>Adversary No.:   20–03185–sgj<br><br>Civil Case No.:     3:21–CV–01376–E |

## NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

- ☐ One copy of the Motion to Withdraw Reference (USDC Civil Action No. – DNC Case) **NOTE**: A Status Conference has been set for  at , in _ before U.S. Bankruptcy Judge _. The movant/plaintiff, respondent/defendant or other affected parties are required to attend the Status Conference.

- ☑ One copy of:  Report and Recommendation to the District Court. Entered 7/15/2021 .

**TO ALL ATTORNEYS:** Fed.R.Bankr.P. 5011(a) A motion for withdrawal of a case or proceeding shall be heard by a district judge, [*implied*] that any responses or related papers be filed likewise.

DATED:  7/16/21

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/J. Blanco, Deputy Clerk